UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2025
JANUARY 21, 2026 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:26-cr-00008
    21 U.S.C. § 841(a)(1)

DEON DEWAYNE GRUNDY

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about September 3, 2025, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant Deon Dewayne Grundy knowingly and intentionally distributed a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about September 3, 2025, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant Deon Dewayne Grundy knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MOORE CAPITO
United States Attorney

By: _____
BRIAN D. PARSONS
Assistant United States Attorney